UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FREDDIE L. WILLIAMS,

    Plaintiff,

v.                                          Civil Action No. 4:21-cv-00136-LRL

EQUIFAX INFORMATION SERVICES, LLC;
*et al.*,

    Defendants.

---

FREDDIE L. WILLIAMS,

    Plaintiff,

v.                                          Civil Action No. 4:22-cv-0053-LRL

RESURGENT CAPITAL SERVICES, LP,

---

## JOINT NOTICE OF SETTLEMENT

Plaintiff FREDDIE L. WILLIAMS ("Plaintiff"), by counsel, and Defendants LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES, LP, by counsel, hereby submit this Joint Notice of Settlement. Plaintiff and Defendants have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice. The settlement between Plaintiff and Defendants contemplates resolution of all outstanding matters in this case as well as dismissal of the interlocutory appeal filed by FNBM, LLC; MHC Receivables, LLC; Sherman Originator LLC; and Sherman Originator III, LLC. Dated this 6th day of January, 2023.

        */s/ Drew D. Sarrett*
Drew D. Sarrett, VSB# 81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 East Broad Street
Richmond, VA 23219
804-905-9900- telephone
757-930-3662- Facsimile
Email: drew@clalegal.com

Leonard Anthony Bennett, VSB# 37523
Craig Carley Marchiando, VSB# 89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
757-930-3660 – Telephone
757-930-3662 - Fax
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff*

        */s/ Bryan J. Healy*
Patrick K. Burns, Esq. (VSB No. 80188)
Bryan J. Healy, Esq. (VSB No. 93551)
Jeremy D. Camacho, Esq. (VSB No. 86765)
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
Tel: (202) 399-1009
Fax: (202) 800-2999
pburns@grsm.com
bhealy@grsm.com
jcamacho@grsm.com

Peter Siachos (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2500
Fax: (973) 377-1911
psiachos@grsm.com

*Counsel for Defendants, LVNV Funding, LLC and Resurgent Capital Services, LP*

2