UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FREDDIE L. WILLIAMS,

    Plaintiff,

v.    Civil Action No. 4:21-cv-00136-LRL

EQUIFAX INFORMATION SERVICES, LLC;
*et al.*,

    Defendants.

---

FREDDIE L. WILLIAMS,

    Plaintiff,

v.    Civil Action No. 4:22-cv-0053-LRL

RESURGENT CAPITAL SERVICES, LP,

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF RESURGENT CAPITAL SERVICES, LP AND LVNV FUNDING, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Freddie L. Williams ("Plaintiff") and Defendants Resurgent Capital Services, LP, and LVNV Funding, LLC ("Defendants") stipulate to dismissal with prejudice of Resurgent Capital Services, LP, and LVNV Funding, LLC, with each party to pay its own costs and attorney's fees regarding Plaintiff's claims against Defendants. Therefore, dismissal without a court order as to Resurgent Capital Services, LP and LVNV Funding, LLC is proper.

DATED: January 20, 2023

By: */s/ Drew D. Sarrett*
Drew D. Sarrett. VSB # 81658
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E Broad Street, Suite 300
Richmond, VA 23219
Telephone: (804) 905-9900
Facsimile: (757) 262-7037
Email: drew@clalegal.com

Leonard A. Bennett, VSB # 37523
Craig C. Marchiando, VSB # 89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff*

By: */s/ Bryan Healy*
Patrick K. Burns, Esq. (VSB No. 80188)
Bryan J. Healy, Esq. (VSB No. 93551)
Jeremy D. Camacho, Esq. (VSB No. 86765)
GORDON REES SCULLY MANSUKHANI, LLP
1101 King Street, Suite 520
Alexandria, VA  22314
Tel: (202) 399-1009
Fax: (202) 800-2999
Email: pburns@grsm.com
Email: bhealy@grsm.com
Email: jcamacho@grsm.com

Peter Siachos (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2500
Fax: (973) 377-1911
Email: psiachos@grsm.com

*Counsel for Defendants, LVNV Funding, LLC and Resurgent Capital Services, LP*

2